IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-cr-70

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RALPH AVANT    (4) | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the Motion for Early Termination of Probation [doc. 486] filed by Ralph Avant on December 17, 2012.

Mr. Avant should consult with his supervising probation officer as it appears there are sufficient unanswered questions regarding his financial activities that early termination of supervised release should be denied. Accordingly, the Motion is DENIED but allows for leave to renew the request for early termination in a year.

IT IS SO ORDERED.

Signed: January 18, 2013

Graham C. Mullen
United States District Judge